JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIO MEJIA,<br>Petitioner,<br>v.<br>WARDEN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-5705-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that Respondents are ordered to release Petitioner from detention immediately.

DATED: October 7, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE